UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUIZ A. FEAGIN,<br>Plaintiff,<br>v.<br>SACRAMENTO COUNTY JAIL, et al.,<br>Defendants. | No. 2:26-cv-00693 DJC SCR<br><br>ORDER |

Plaintiff, a pretrial detainee at the Sacramento County Jail, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 22, 2026, the Magistrate Judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 11. Plaintiff has not filed objections to the findings and recommendations.

Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served. It is the Plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully

effective.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 11) are adopted in full.

2. Plaintiff's motion for a temporary restraining order (ECF No. 10) is denied for failing to demonstrate that he is likely to succeed on the merits of his underlying complaint.

3. This matter is referred back to the assigned Magistrate Judge.

IT IS SO ORDERED.

Dated: **August 13, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Feag0693.802